UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND OLVERA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TERRI GONZALES,<br><br>　　　　Respondent.<br>_____ | Case No. CV 11-451 TJH(JC)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

　　DATED: May 20, 2011

_____
HONORABLE TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE